Erika Birch (Bar No.7831)
T. Guy Hallam, Jr. (Bar No. 6101)
**STRINDBERG SCHOLNICK BIRCH**
**HALLAM HARSTAD THORNE**
1516 W. Hays St.
BOISE, ID 83702
(t) 208.336.1788
(f) 208.287.3708
Email: erika@idahojobjustice.com
guy@idahojobjustice.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **J.V. aka JANE DOE,**<br><br>Plaintiff,<br>vs.<br><br>**AARON VON EHLINGER, an individual, and PRISCILLA GIDDINGS, an individual,**<br><br>Defendants. | **SERVICE STATUS REPORT**<br><br>Civil No. 1:23-CV-00098-CWD<br><br>Magistrate Judge Candy Dale |

Pursuant to Dist. Idaho L. Rule 4.1, Plaintiff hereby provides notice that service of the Complaint and summonses in this case has not yet been effectuated. The deadline to serve the Defendants pursuant to Fed. R. Civ .P 4(m) is June 6, 2023.

DATED this 6th day of April, 2022.

**STRINDBERG SCHOLNICK BIRCH**
**HALLAM HARSTAD THORNE**

/s/ Erika Birch
Erika Birch
T. Guy Hallam, Jr.
*Attorneys for Plaintiff*

1 | PLAINTIFF'S SERVICE STATUS REPORT