Erika Birch (Bar No.7831)
T. Guy Hallam, Jr. (Bar No. 6101)
**STRINDBERG SCHOLNICK BIRCH**
**HALLAM HARSTAD THORNE**
1516 W. Hays St.
BOISE, ID 83702
(t) 208.336.1788
(f) 208.287.3708
Email: erika@idahojobjustice.com
         guy@idahojobjustice.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **J.V. aka JANE DOE,**  Plaintiff, vs. **AARON VON EHLINGER, an individual, and PRISCILLA GIDDINGS, an individual,**  Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**  Civil No. 1:23-CV-00098-CWD  Magistrate Judge Candy Dale |

Plaintiff Jane Doe, by and through her attorneys of record, Strindberg Scholnick Birch Hallam Harstad Thorne, LLC, files this *Notice of Voluntary Dismissal* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Service of the Complaint and summonses in this case has not yet been effectuated, and no one has appeared on behalf of Defendants at this time.

WHEREFORE, Plaintiff voluntarily dismisses this action.


/// /// ///


1 | **NOTICE OF VOLUNTARY DISMISSAL**

DATED this 5th day of June, 2023.

        **STRINDBERG SCHOLNICK BIRCH HALLAM HARSTAD THORNE**

        /s/ Erika Birch
        Erika Birch
        T. Guy Hallam, Jr.
        *Attorneys for Plaintiff*